**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Teresa Padilla, | |
|         Plaintiff, | CIV 04-1018-PHX-DKD |
|   v. | **O R D E R** |
| Jo Anne B. Barnhart, Commissioner, Social Security, | |
|         Defendant. | |

The Court, having considered the Stipulation between the parties to Award Attorney Fees Under the Equal Access to Justice Act, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant Commissioner of the Social Security Administration shall pay to plaintiff's counsel $4,506.44 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. Furthermore, the award payment of attorney fees shall be sent to plaintiff's counsel.

DATED this 6th day of January, 2006.

_____
David K. Duncan
United States Magistrate Judge